Takos, Appellant, *v.* Takos.

Argued November 15, 1961. Before ERVIN, WRIGHT, WOODSIDE, WATKINS, MONTGOMERY, and FLOOD, JJ. (RHODES, P. J., absent).

Before WEIR, J.

*Louis Vaira,* with him *Robert W. Semenow,* for appellant.

*Frank Reich,* for appellees.

OPINION PER CURIAM, December 14, 1961:
The order of the Court of Common Pleas of Allegheny County is affirmed on the opinion of Judge FREDERIC G. WEIR for the court below, reported at 25 Pa. D. & C. 2d 490.